United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Alberto Gomez, Petitioner | ) |
| | ) |
| v. | ) Civil Action No. 16-24435-Civ-Scola |
| | ) |
| United States of America, Respondent | ) |

**Order Adopting Magistrate Judge's Report And Recommendation**

This case was referred to the United States Magistrate Judge for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. (Order, ECF No. 3.) On July 6, 2019, Judge Lisette M. Reid issued a report, recommending that Petitioner Alberto Gomez's motion to vacate under 28 U.S.C. § 2255 be denied. (Report of Magistrate J., ECF No. 39.) Gomez has timely filed objections to the report (Pet'r's Reply., ECF No. 40).

The Court has considered—de novo—Judge Reid's report, Gomez's objections, the record, and the relevant legal authorities. After careful review, the Court agrees with Judge Reid's report and recommendation that Gomez's petition be denied.

In his memorandum in support of his amended motion to vacate, Gomez maintains his sentence should be vacated because (1) he was denied effective assistance of counsel in pleading guilty; (2) the evidence was insufficient to support his conviction; (3) the Court erred in calculating the loss amount; and (4) the Court imposed a sentence that was unreasonable. (Pet'r's Mem., ECF No. 21.) The Court agrees with Judge Reid's recommendation and concludes Gomez's claims all either lack merit or are not cognizable under § 2255.

The Court **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 39**), **denying** Gomez's amended motion to vacate under 28 U.S.C. § 2255 (ECF No. 20). The Court also adopts Judge Reid's recommendation not to issue a certificate of appealability with respect to any of the issues raised in Gomez's petition. Finally, the Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered** at Miami, Florida, on August 26, 2019.

Robert N. Scola, Jr.
United States District Judge